# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RALPH METSCHKE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV109 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NATIONAL DEBT NETWORK, LP,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court sua sponte and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."  Further, Fed. R. Civ. P. 4(m) establishes a 120-day time limit for service of process on the defendant in a civil case, absent a showing of good cause.

In this case the complaint was filed on March 25, 2009.  **See** Filing No. 1.  Accordingly, the deadline for service of process expired **on or about July 27, 2009**.  There is no proof of service of process on the defendant, however summons was issued on March 26, 2009.  **See** Filing No. 4.  Therefore, the plaintiff must make a showing of good cause for the failure of timely service or the action must be dismissed.  Upon consideration,

**IT IS ORDERED:**

The plaintiff shall show cause why this case should not be dismissed for failure to prosecute or file the proof of service electronically on or before the close of business **on September 25, 2009**.

Dated this 17th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge