# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RALPH METSCHKE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV109 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **NATIONAL DEBT NETWORK, LP,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Response to Order to show Cause (Filing No. 6). The plaintiff seeks an extension of time to effect service of process on the defendant until October 26, 2009. The court finds the plaintiff has shown good cause for a brief extension of time. Accordingly,

**IT IS ORDERED:**

The plaintiff shall have to **on or before October 26, 2009**, to effect service of the complaint on the defendant.

Dated this 25th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge